**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Trainset's Effects, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-1185355** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **209 Southfork Dr.** <br> **Shelby, NC 28152** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cleveland** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Trainset's Effects, LLC**                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Trainset's Effects, LLC**                                      Case number (*if known*) _____
       Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

      **Why does the property need immediate attention?** (*Check all that apply.*)

      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

         What is the hazard? _____

      ☐ It needs to be physically secured or protected from the weather.

      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

      ☐ Other _____

      **Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

      **Is the property insured?**

      ☐ No

      ☐ Yes.   Insurance agency _____

                Contact name _____

                Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Trainset's Effects, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 23, 2025**
MM / DD / YYYY

**X** **/s/ Steven Lane Curtis**                           **Steven Lane Curtis**
Signature of authorized representative of debtor          Printed name

Title    **Manager**

---

**18. Signature of attorney**

**X** **/s/ R. Keith Johnson**                    Date    **January 23, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**R. Keith Johnson**
Printed name

**Law Offices of R. Keith Johnson, P.A.**
Firm name

**1275 S. NC 16 Bus. Hwy.**
**Stanley, NC 28164**
Number, Street, City, State & ZIP Code

Contact phone   **704-827-4200**      Email address   **paralegal@kjattorney.com**

**8840 NC**
Bar number and State

---

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____N/A_____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

a. Total assets                                                                            $_____

b. Total debts (including debts listed in 2.c., below)        $_____

c. Debt securities held by more than 500 holders

Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |

d. Number of shares of preferred stock          _____
e. Number of shares common stock                  _____

Comments, if any: _____
_____

3. Brief description of debtor's business: ___Grading_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  Steven Lane Curtis
_____
_____

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
(Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.

Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| steven L curtis | 5007 |

| A | Principal business or profession, including product or service (see instructions) | B Enter code from instructions |
|---|---|---|
| | Heavy Equipment Construction | 2 3 7 9 9 0 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN) (see instr.) |
|---|---|---|
| | Trainset's Effects LLC | 8 5 1 1 8 5 3 5 5 |

**E** Business address (including suite or room no.) ▶ 209 Southfork Dr

City, town or post office, state, and ZIP code ▶ Shelby, NC 28152

**F** Accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses · · · ☒ Yes ☐ No

**H** If you started or acquired this business during 2023, check here · · · · · · · · · · · · · · · ☐

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions · · · · · · · ☒ Yes ☐ No

**J** If "Yes," did you or will you file required Form(s) 1099? · · · · · · · · · · · · · · · · · ☒ Yes ☐ No

### Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked · · · · · · · · · ☐ | 1 | 405,355. |
| 2 | Returns and allowances · · · · · · · · · · · · · · · · · · · · · | 2 | |
| 3 | Subtract line 2 from line 1 · · · · · · · · · · · · · · · · · · · | 3 | 405,355. |
| 4 | Cost of goods sold (from line 42) · · · · · · · · · · · · · · · · · | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 · · · · · · · · · · · · · · · | 5 | 405,355. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) · · · | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 · · · · · · · · · · · · · · · · ▶ | 7 | 405,355. |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising · · · · · | 8 | 5,000. | 18 | Office expense (see instructions) · | 18 | 1,661. |
| 9 | Car and truck expenses (see instructions) · · · | 9 | 33,476. | 19 | Pension and profit-sharing plans · | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees · · | 10 | | a | Vehicles, machinery, and equipment | 20a | 32,476. |
| 11 | Contract labor (see instructions) | 11 | 8,200. | b | Other business property · · · | 20b | |
| 12 | Depletion · · · · · | 12 | | 21 | Repairs and maintenance · · · | 21 | 9,351. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) · · · | 13 | 211,067. | 22 | Supplies (not included in Part III) · | 22 | 12,867. |
| | | | | 23 | Taxes and licenses · · · · | 23 | 1,000. |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) · | 14 | | a | Travel · · · · · · · · | 24a | 3,600. |
| 15 | Insurance (other than health) | 15 | 14,265. | b | Deductible meals (see instructions) | 24b | 10,326. |
| 16 | Interest (see instructions): | | | 25 | Utilities · · · · · · · | 25 | 2,854. |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) · | 26 | |
| b | Other · · · · · · | 16b | | 27a | Other expenses (from line 48) · · | 27a | 26,560. |
| 17 | Legal and professional services | 17 | 12,500. | 27b | Energy efficient commercial bldgs deduction (attach Form 7205) · | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b · · · · · ▶ | 28 | 385,203. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 · · · · · · · · · · · · · · | 29 | 20,152. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. | | |
| | **Simplified method filers only:** Enter the total square footage of (a) your home: _____ | | |
| | and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 · · · · · · · | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** | 31 | 20,152. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** | 32a ☒ All investment is at risk. | |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32b ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**   BAA   REV 06/21/24 Intuit.cg.cfp.sp   **Schedule C (Form 1040) 2023**

Schedule C (Form 1040) 2023                Page **2**

**Part III**   **Cost of Goods Sold (see instructions)**

33   Method(s) used to value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | |
| 36 Purchases less cost of items withdrawn for personal use . . . . . . . . . | **36** | |
| 37 Cost of labor. Do not include any amounts paid to yourself . . . . . . . . | **37** | |
| 38 Materials and supplies . . . . . . . . . . . . . . . . . . | **38** | |
| 39 Other costs . . . . . . . . . . . . . . . . . . . . | **39** | |
| 40 Add lines 35 through 39 . . . . . . . . . . . . . . . . | **40** | |
| 41 Inventory at end of year . . . . . . . . . . . . . . . . | **41** | |
| 42 **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . | **42** | |

**Part IV**   **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

See Additional Vehicle Information

43   When did you place your vehicle in service for business purposes? (month/day/year)   -------------------------

44   Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

**a**   Business ----------------------   **b** Commuting (see instructions) ----------------------   **c** Other ----------------------

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . ☐ Yes    ☐ No

46   Do you (or your spouse) have another vehicle available for personal use?. . . . . . . . . . . . ☐ Yes    ☐ No

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

**b**   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

**Part V**   **Other Expenses.** List below business expenses not included on lines 8–26, line 27b, or line 30.

| | |
|---|---|
| Fuel bill | 26,560. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48   **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . .   **48** | 26,560. |

**Trainset's Effects LLC**
**BALANCE SHEET**
**Current Period:**
**04/01/2024**

## ASSETS

**Current Assets:**

| | |
|---|---|
| Cash in Business Bank Accounts | $35,000.00 |
| Cash on Hand (Petty Cash) | $0.00 |
| Accounts Receivable (Money Owed to you from Third Parties) | $47,300.00 |
| Market value of Business Inventory | $0.00 |
| **Total Current Assets** | **$82,300.00** |

**Fixed Assets:**

| | |
|---|---|
| Business Equipment | $645,000.00 |
| Accumulated Depreciation | -$112,000.00 |
| Vehicles | $0.00 |
| **Total Fixed Assets** | **$533,000.00** |

| | |
|---|---|
| **Total Assets** | **$615,300.00** |

## LIABILITIES

**Short-Term Liabilities:**

| | |
|---|---|
| Business Credit Card Balances Owed | $0.00 |
| Business Lines of Credit Balances Owed | $0.00 |
| Short-Term Business Loans (Working Capital, Merchant Cash Advance, etc.) | $0.00 |
| Accounts Payables | $0.00 |
| *(Custom Short Term Liability)* | $0.00 |
| **Total Current Liabilities** | **$0.00** |

**Long-Term Liabilities:**

| | |
|---|---|
| SBA Loans (Working Capital) | $0.00 |
| Long-Term Loans | $139,140.00 |
| Long-Term Equipment Loans | $0.00 |
| Vehicle Loans | $0.00 |
| **Total Long-Term Liabilities** | **$139,140.00** |

**Other Liabilities**

| | |
|---|---|
| *(Custom Liability)* | $0.00 |
| *(Custom Liability)* | $0.00 |
| **Total Other Liabilities** | **$0.00** |

| | |
|---|---|
| **Total Liabilities** | **$139,140.00** |
| **Total Equity** | **$476,160.00** |

*Steven Lane Curtis*                    06 / 06 / 2024

Doc ID: decb38ae44fe0d5f1072d6930bae91bc08bb7329

# PROFIT AND LOSS STATEMENT

## COMPANY NAME

Trainset's Effects LLC

## STATEMENT REPORTING PERIOD

| STARTING DATE | | ENDING DATE |
|---|---|---|
| 01/01/2024 | to | 04/30/2024 |

## REVENUE

*Including deductions for returns and discounts*

| | |
|---|---|
| Sales Revenue | 199,139.20 |
| Other Revenue | |
| **GROSS REVENUE** | 199,139.20 |

## COST OF GOODS SOLD

| COGS | |
|---|---|
| **TOTAL COGS** | 118,365.38 |

## GROSS PROFIT

| | |
|---|---|
| *Gross Revenue minus COGS* | **80,773.82** |

## EXPENSES

| | |
|---|---|
| Wages and Benefits | |
| Rent / Mortgage | |
| Utilities | 700.00 |
| Office Supplies | 300.00 |
| Internet & Phone | 500.00 |
| Travel | 5500.00 |
| Insurance | 4200.00 |
| Interest | |
| Depreciation | |
| Taxes | 3800.00 |
| Other Expenses | |
| **TOTAL EXPENSES** | **15.000.00** |

## NET INCOME

| | |
|---|---|
| *Gross Profit minus Total Expenses* | **65,773.82** |

# PROFIT AND LOSS STATEMENT

## COMPANY NAME

Trainset's Effects LLC

## STATEMENT REPORTING PERIOD

| STARTING DATE | | ENDING DATE |
|---|---|---|
| 01/01/2023 | to | 12/31/2023 |

## REVENUE

*Including deductions for returns and discounts*

| | |
|---|---|
| Sales Revenue | 405,220.63 |
| Other Revenue | |
| **GROSS REVENUE** | **405,220.63** |

## COST OF GOODS SOLD

| | |
|---|---|
| COGS | |
| **TOTAL COGS** | **285,786.58** |

## GROSS PROFIT

| | |
|---|---|
| *Gross Revenue minus COGS* | **119,434.05** |

## EXPENSES

| | |
|---|---|
| Wages and Benefits | |
| Rent / Mortgage | |
| Utilities | 2000.00 |
| Office Supplies | 1,400.00 |
| Internet & Phone | 1,400.00 |
| Travel | 10,500.00 |
| Insurance | 11,500.00 |
| Interest | |
| Depreciation | |
| Taxes | 8315.00 |
| Other Expenses | |
| **TOTAL EXPENSES** | **37,115.00** |

## NET INCOME

| | |
|---|---|
| *Gross Profit minus Total Expenses* | **84,319.05** |

**Fill in this information to identify the case:**

Debtor name  **Trainset's Effects, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**January 23, 2025**__          X /s/ Steven Lane Curtis
                                               Signature of individual signing on behalf of debtor

                                               **Steven Lane Curtis**
                                               Printed name

                                               **Manager**
                                               Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Trainset's Effects, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Blanchard Machinery Co. 3151 Charleston Hwy. West Columbia, SC 29172** | | Trade debt | **Disputed** | | | $15,000.00 |
| **CAT Credit Card Caterpillar Financial Services Corporati P.O. Box 340001 Nashville, TN 37203** | | Credit card | | | | $11,459.00 |
| **Lowes Business Acct. PO Box 669824 Dallas, TX 75266** | | Trade debt | | | | $907.00 |
| **Northstar Leasing PO Box 4505 Burlington, VT 05406** | | Trade debt; 1. 2021 water tank trailer; 2. 2016 light tower; 3. 2017 light tower; 4. 2019 Wacker roller walk-behind; 5. 2022 Bomag rammer | | $29,000.00 | $27,500.00 | $1,500.00 |
| **PNC Bank 655 Business Center Dr. Horsham, PA 19044** | | Bank loan; 2021 Bobcat Skid Steer Loader (Lemon) | **Disputed** | $64,541.00 | $40,000.00 | $24,541.00 |
| **United Rentals PO Box 100711 Atlanta, GA 30384** | | Trade debt | | | | $12,006.00 |

**Fill in this information to identify the case:**

Debtor name     **Trainset's Effects, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                  12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................  $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................  $ _____ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................  $ _____ 0.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................  $ _____ 303,541.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$ _____ 39,372.00

4.  Total liabilities ..........................................................................................................
   Lines 2 + 3a + 3b                                                                          $ _____ 342,913.00

**Fill in this information to identify the case:**

Debtor name      **Trainset's Effects, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1**   **Commercial Credit Group**
Creditor's Name

**525 N. Tryon St., Ste. 1000
Charlotte, NC 28202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Caterpillar 259D3 Track Loader**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| $55,000.00 | $65,000.00 |
|---|---|

---

**2.2**   **Commercial Credit Group**
Creditor's Name

**525 N. Tryon St., Ste. 1000
Charlotte, NC 28202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2016 Caterpillar 305.5E2 Mini Excavator**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| $35,000.00 | $50,000.00 |
|---|---|

---

Debtor   **Trainset's Effects, LLC**
_____      Case number (if known) _____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
■ Disputed
priority.

---

| 2.3 | **Commercial Credit Group** | Describe debtor's property that is subject to a lien | $120,000.00 | $165,000.00 |

Creditor's Name

**525 N. Tryon St., Ste. 1000
Charlotte, NC 28202**

Creditor's mailing address

**2018 Caterpillar 323 TH Excavator**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
**Date debt was incurred**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Northstar Leasing** | Describe debtor's property that is subject to a lien | $29,000.00 | $27,500.00 |

Creditor's Name

**PO Box 4505
Burlington, VT 05406**

Creditor's mailing address

**Trade debt; 1. 2021 water tank trailer; 2. 2016
light tower; 3. 2017 light tower; 4. 2019
Wacker roller walk-behind; 5. 2022 Bomag
rammer**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
**Date debt was incurred**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **PNC Bank** | Describe debtor's property that is subject to a lien | $64,541.00 | $40,000.00 |

Creditor's Name

**655 Business Center Dr.
Horsham, PA 19044**

Creditor's mailing address

**Bank loan; 2021 Bobcat Skid Steer Loader
(Lemon)**

Describe the lien

Is the creditor an insider or related party?
■ No

---

Debtor    **Trainset's Effects, LLC**                                    Case number (if known) _____

_____
Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $303,541.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Trainset's Effects, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

2.1 Priority creditor's name and mailing address
**Cleveland County Tax Collector**
**311 E. Marion St., 1st Floor**
**County Administration Building**
**Shelby, NC 28150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.2 Priority creditor's name and mailing address
**Internal Revenue Service**
**320 Federal Place**
**Greensboro, NC 27401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Trainset's Effects, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NC Department of Revenue**
**P. O. Box 25000**
**Raleigh, NC 27640**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Blanchard Machinery Co.**
**3151 Charleston Hwy.**
**West Columbia, SC 29172**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,459.00** |
|---|---|---|---|

**CAT Credit Card**
**Caterpillar Financial Services Corporati**
**P.O. Box 340001**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Credit card__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$907.00** |
|---|---|---|---|

**Lowes Business Acct.**
**PO Box 669824**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,006.00** |
|---|---|---|---|

**United Rentals**
**PO Box 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

| Debtor | **Trainset's Effects, LLC** | Case number (if known) | |
| | Name | | |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 39,372.00 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 39,372.00 |

**Fill in this information to identify the case:**

Debtor name    **Trainset's Effects, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Right to remove dirt from property** |
| State the term remaining | **Month-to-month** |
| List the contract number of any government contract | **Mr. Hollander** **Earl, NC** |

**Fill in this information to identify the case:**

Debtor name     **Trainset's Effects, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Steven Lane Curtis** | | **Commercial Credit Group** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Steven Lane Curtis** | | **Commercial Credit Group** | ■ D    **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Steven Lane Curtis** | | **Commercial Credit Group** | ■ D    **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Steven Lane Curtis** | | **Northstar Leasing** | ■ D    **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Steven Lane Curtis** | | **PNC Bank** | ■ D    **2.5**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Trainset's Effects, LLC** _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

## United States Bankruptcy Court
### Western District of North Carolina

In re    **Trainset's Effects, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Steven Lane Curtis** | | | **100% Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 23, 2025**

Signature    **/s/ Steven Lane Curtis**

**Steven Lane Curtis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of North Carolina**

In re   **Trainset's Effects, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 23, 2025**

**/s/ Steven Lane Curtis**
**Steven Lane Curtis**/**Manager**
Signer/Title

.

Blanchard Machinery Co.
3151 Charleston Hwy.
West Columbia, SC 29172


CAT Credit Card
Caterpillar Financial Services Corporati
P.O. Box 340001
Nashville, TN 37203


Cleveland County Tax Collector
311 E. Marion St., 1st Floor
County Administration Building
Shelby, NC 28150


Commercial Credit Group
525 N. Tryon St., Ste. 1000
Charlotte, NC 28202


Internal Revenue Service
320 Federal Place
Greensboro, NC 27401


Lowes Business Acct.
PO Box 669824
Dallas, TX 75266


Mr. Hollander
Earl, NC


NC Department of Revenue
P. O. Box 25000
Raleigh, NC 27640


Northstar Leasing
PO Box 4505
Burlington, VT 05406


PNC Bank
655 Business Center Dr.
Horsham, PA 19044


Steven Lane Curtis

United Rentals
PO Box 100711
Atlanta, GA 30384

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Trainset's Effects, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Trainset's Effects, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 23, 2025**

Date

**/s/ R. Keith Johnson**

**R. Keith Johnson**

Signature of Attorney or Litigant

Counsel for    **Trainset's Effects, LLC**

**Law Offices of R. Keith Johnson, P.A.**

**1275 S. NC 16 Bus. Hwy.**
**Stanley, NC 28164**
**704-827-4200 Fax:704-827-4477**
**paralegal@kjattorney.com**